# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Sysco Chicago, Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 19-CV-05361 |
| v. ) | |
| ) | Judge Edmond E. Chang |
| Christ Panos Foods Corporation and Aaron ) | |
| Moore, ) | Magistrate Judge Susan E. Cox |
| ) | |
| Defendants. ) | |
| ) | |

## JOINT MOTION FOR ENTRY OF
## AGREED PERMANENT INJUNCTION AND FINAL JUDGMENT

Plaintiff Sysco Chicago, Inc. ("Sysco") and Defendants Christ Panos Foods Corporation ("Christ Panos") and Aaron Moore ("Moore") (collectively, the "Parties") submit this Joint Motion for Entry of Agreed Permanent Injunction and Final Judgment, and respectfully show the Court as follows:

1. Sysco filed this lawsuit on August 8, 2019, alleging that Moore misappropriated Sysco's confidential and trade secret information and breached certain covenants contained in his Sysco Protective Covenants Agreement. Sysco further alleged that Panos Foods interfered with certain of these covenants.

2. Sysco and Defendants have agreed to and executed a settlement agreement, which resolves all of the claims asserted in this lawsuit.

3. As part of the settlement agreement, Defendants have agreed to entry of the attached Agreed Permanent Injunction and Final Judgment ("Agreed PI"), without a hearing or trial. *See* Exhibit A.

4. Also as part of the settlement agreement, Defendants have agreed to the entry of the Final Computer Forensics Protocol, attached hereto at Exhibit B.

WHEREFORE, Plaintiff Sysco Chicago, Inc. ("Sysco") and Defendants Christ Panos Foods Corporation ("Christ Panos") and Aaron Moore ("Moore") respectfully request that the Court enter the proposed Agreed Permanent Injunction and Final Judgment.

Respectfully submitted,

| REED SMITH LLP | LANER MUCHIN, LTD |
|---|---|
| By: */s/ Jill S. Vorobiev* <br> Jill S. Vorobiev (6237734) <br> jvorobiev@reedsmith.com <br> Anthony R. Todd (6317101) <br> atodd@reedsmith.com <br> REED SMITH LLP <br> 10 South Wacker Drive <br> Suite 4000 <br> Chicago, Illinois 6060 <br> Telephone: 312-207-1000 <br> Facsimile: 312-207-6400 <br><br> *Attorneys for Plaintiff Sysco Chicago, Inc.* | By: */s/ Jeffrey S. Fowler* <br> Jeffrey S. Fowler (6205689) <br> jfowler@lanermuchin.com <br> Alexandra M. McNicholas (6324334) <br> amcnicholas@lanermuchin.com <br> LANER MUCHIN, LTD. <br> 515 North State Street <br> Suite 2800 <br> Chicago, Illinois 60654 <br> Telephone: 312-467-9800 <br> Facsimile: 312-467-9479 <br><br> *Attorneys for Defendant* <br> *Christ Panos Food Corporation* <br><br> FUCHS & ROSELLI, LTD. <br><br> By: */s/ Scott A. Nehls* <br> Scott A. Nehls <br> snehls@frltd.com <br> Fuchs & Roselli, Ltd. <br> 200 South Wacker Drive, Suite 600 <br> Chicago, IL 60606 <br> Telephone: 312-651-2438 <br> Facsimile: 312-651-2488 <br><br> *Attorneys for Defendant Aaron Moore* |

## **CERTIFICATE OF SERVICE**

I, Anthony R. Todd, certify that on October 25, 2019, this Joint Motion for Entry of Agreed Permanent Injunction and Final Judgment was electronically filed with the Clerk of Court using the Court's CM/ECF system which will notify all counsel of record at their e-mail addresses on file with the Court.

By: */s/ Anthony R. Todd*
Anthony R. Todd